# United States District Court

SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | |
|---|---|---|---|
| V. | | | **CRIMINAL COMPLAINT** |
| **Ramon Martinez** | | PRINCIPAL | Case Number: |
| | YOB: | 1977 | **M-18-1546-M** |
| United States | | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 25, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Reyna Guadalupe Loredo-Salazar, and Ramiro Ledezma-Hernandez, both nationals of the United Mexican States, along with six (6) other undocumented aliens, for a total of eight (8), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ __FELONY__
I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

On July 25, 2018, camera operators observed a van picking up suspected undocumented aliens on the levee near Chimney Park in Mission, Texas. This area is notorious for human smugglers to pick up illegal aliens due to its close proximity to the Rio Grande River.

Camera operators relayed the van's direction of travel along with the description of the van to mobile agents. An agent traveling north on Conway Ave. immediately spotted the van traveling north and proceeded to follow it. At this time, the agent activate his emergency equipment to conduct a vehicle stop, however the van failed to stop.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**Julio C. Pena          Senior Patrol Agent**
Printed Name of Complainant

__July 27, 2018__     at  **McAllen, Texas**
Date                          City and State

**Juan F. Alanis          , U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-18-1546-M

RE: Ramon Martinez

**CONTINUATION:**

The van continued to travel and make several turns in order to evade. After a short pursuit, the van came to a stop and the agent observed the driver exit the van in an attempt to abscond. The agent immediately apprehended the driver, later identified as Ramon Martinez, a United States Citizen.

Additional agents arrived on scene, and discovered eight unrestrained passengers inside the van. Reyna Guadalupe Loredo-Salazar, Ramiro Ledezma-Hernandez, and the six additional passengers were determined to be illegally present in the United States.

All subjects were transported to the McAllen Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Ramon Martinez was read his Miranda Rights. He understood and agreed to provide a sworn statement.

Martinez stated he was hired to pick up illegal aliens near the Chimney Park in Mission, Texas. Martinez claims he was going to receive $300 USD for every Asian national, and $200 USD for every Mexican national. Martinez stated he has successfully picked up and delivered approximately 60 illegal aliens within the last month.

**MATERIAL WITNESSESES STATEMENTS:**
Reyna Guadalupe Loredo-Salazar and Ramiro Ledezma-Hernandez were read their Miranda Rights. Both understood and agreed to provide a sworn statement.

Loredo, a citizen of Mexico, stated she made the smuggling arrangements and paid $500 USD upfront. After crossing the river along with seven other subjects, they were instructed to wait for a van that was going to pick them up. Loredo stated the van arrived and the driver told them he was going to give them a ride. Loredo claims the driver instructed her to stay low to avoid being seen.

Loredo identified Martinez, through a photo lineup, as the driver of the van.

Ledezma, a citizen of Mexico, stated he made the smuggling arrangements and paid $800 upfront. After crossing the river, Ledezma claims he waited for about an hour before he was picked up by a tan minivan. Ledezma claims the van had no seats and the driver instructed him to lay down.

Ledezma identified Martinez, through a photo lineup, as the driver of the van.